August 12, 1971

Bowen, Appellant, *v.* Yellow Cab Company of Philadelphia.

 Submitted June 16, 1971. *Howard M. Goldsmith,* and *Rosengarten & Goldsmith,* for appellant; *Dennis R. Suplee,* and *Schnader, Harrison, Segal & Lewis,* for appellees.

Order affirmed.